IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINNY GEORGE,

      Plaintiff,

vs.                                          Case No.: 2:17-cv-802
                                            JUDGE GEORGE C. SMITH
                                            Magistrate Judge Deavers

MR. SHEKHAR,

      Defendant.

## ORDER

On January 3, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the Court dismiss this action without prejudice pursuant to Rule 4(m) for failure to timely effect service of process. (*See* Doc. 5). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed for failure to effect timely service of process. The Clerk shall remove Document 5 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED**.

                                            */s/ George C. Smith*
                                            **GEORGE C. SMITH, JUDGE**
                                            **UNITED STATES DISTRICT COURT**